**936**

**Nat ROGAN, Collector of Internal Revenue, etc., Appellant, v. ENVOY PETROLEUM COMPANY, a Corporation, Appellee.**

**No. 9715.**

Circuit Court of Appeals, Ninth Circuit.

Jan. 6, 1941.

Wm. Fleet Palmer, U. S. Atty., and E. H. Mitchell and Armond Monroe Jewell, Asst. U. S. Attys., all of Los Angeles, Cal., for appellant.

Mark F. Jones and W. L. Engelhardt, both of Los Angeles, Cal., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and mandate of this court issued forthwith.

**UNITED STATES of America, Appellant, v. William C. WARREN, Appellee.**

**No. 8386.**

Circuit Court of Appeals, Sixth Circuit.

Nov. 11, 1940.

Eli H. Brown, U. S. Atty., of Louisville, Ky., and Julius C. Martin, Wilbur C. Pickett, and Young M. Smith, all of Washington, D. C., for appellant.

Trabue, Doolan, Helm & Helm, of Louisville, Ky., for appellee.

Before ALLEN, ARANT, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs and arguments of counsel, and it appearing to the court that there was substantial evidence that appellee became totally and permanently disabled within the life of the war risk insurance policy sued on, it is therefore ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.

**Samuel WHITE, Appellant, v. James A. JOHNSTON, Warden, U. S. Penitentiary, Alcatraz, Calif., Appellee.**

**No. 9548.**

Circuit Court of Appeals, Ninth Circuit.

Nov. 15, 1940.

Charles R. Garry, of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and A. J. Zirpoli, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the transcript of record, briefs filed by respective parties, and oral arguments, ordered order of District Court affirmed; that a decree be filed and entered accordingly, and that mandate issue as provided in Rule 28.